UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

:
:
:  Case No. 07 CV 3492
:
:  ECF
:
:  **NOTICE OF APPEARANCE**
:

        Plaintiffs,

    -against-

DOES 1 - 13,

        Defendants.
------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

    Please enter my appearance on behalf of Plaintiffs, UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability

company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation. I certify that I am admitted to practice in this Court.

Dated: New York, New York
November 8, 2007

ROBINSON & COLE LLP

By: _____
Victor B. Kao (VK-6967)
ROBINSON & COLE LLP
885 Third Avenue, 28th Floor
New York, NY  10022
Tel. No.: (212) 451-2900
Fax No.: (212) 451-2999
vkao@rc.com