

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMG RECORDINGS, INC., et al.,

                 Plaintiffs,

-v-

DOES 1-13,

                 Defendants.

No. 07 Civ. 3492 (RJS)
ORDER TO SHOW CAUSE

RICHARD J. SULLIVAN, District Judge:

On May 2, 2007, plaintiffs filed a complaint in the above-entitled action naming thirteen unidentified individuals as defendants. By order dated May 14, 2007, the Court granted plaintiffs' *ex parte* request to conduct discovery in order to ascertain the identity of the individual defendants. Subsequently, by order dated November 2, 2007, the Court directed the parties to this action to appear for a status conference on November 9, 2007.

The day prior to that conference, plaintiffs' counsel submitted a letter wherein plaintiffs requested a two-week extension of time to conduct discovery as to the identity of the unnamed defendants. (*See* Pls.' Nov. 8, 2007 Ltr. ¶¶ 7-8.) The Court granted plaintiffs' request for an extension of time and adjourned the conference to December 5, 2007.

On November 30, 2007, the undersigned's Case Manager sent an e-mail to plaintiffs' counsel stating, in relevant part, that the Court "has this case on for an initial conference on December 5."

On December 5, 2007, plaintiffs' counsel failed, without explanation, to appear for the scheduled conference. Accordingly,

IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, by Thursday, December 13, 2007, as to why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that all parties shall appear for an initial conference on _December 10, 2007 @ 10AM_ in the United States District Court, 500 Pearl St., New York, New York, Courtroom 21C.

IT IS FURTHER ORDERED that plaintiffs' failure to respond to this Order will result in dismissal of this action pursuant to Rule 41(b).

SO ORDERED.

Dated:    New York, New York
          December 5, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2