UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

        Plaintiffs,

    -against-

DOES 1 - 13,

        Defendants.

Civil Action No.: 1:07-cv-3492 (RJS)

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

---

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs UMG RECORDINGS, INC., *et al.*, by and through their attorneys, voluntarily dismiss this case without prejudice, each party to bear its own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       December 7, 2007

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By: _____
Brian E. Moran (BM-8573)
Richard J. Guida (RG-5147)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

SO ORDERED
_____
12/10/07
RICHARD J. SULLIVAN
U.S.D.J.